IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERMAINE WILLIAMS : 
:
v. : CIVIL ACTION NO. 16-6379
:
WHITAKER, ET AL. :

**O R D E R**

**AND NOW**, this  10th  day of   March   , 2020, upon consideration of Defendants' Partial Motion for Summary Judgment (ECF No. 37), it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Summary Judgment is **GRANTED** as to Plaintiff's Section 1983 claims against Commonwealth of Pennsylvania, Department of Corrections, and Whitaker and Valko in their official capacities.

2. Summary Judgment is **DENIED** as to Plaintiff's Section 1983 claims against Whitaker and Valko in their individual capacities.

**IT IS SO ORDERED.**

                                            **BY THE COURT:**

                                            **R. Barclay Surrick, J.**